**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| F. N. RUKUMBUZI )<br>  7 Webb St, )<br>  Westbrook, Maine 04092 )<br> )<br>         Plaintiff )<br>       v. )<br> )<br>KRISTI NOEM, in her official capacity, )<br>Secretary, U.S. Department of Homeland )<br>Security; )<br>   2707 Martin Luther King Jr. Ave, SE )<br>     Washington, DC 20528-0485 )<br>ANGELICA ALFONSO-ROYALS, in her )<br>official capacity, Director, U.S. Citizenship and )<br>Immigration Services; )<br>   2707 Martin Luther King Jr. Ave, SE )<br>     Washington, DC 20528-0485 )<br>TED H. KIM, in his official capacity, )<br>Associate Director of Refugee, Asylum and )<br>International Operations, U.S. Citizenship and )<br>Immigration Services, )<br>   2707 Martin Luther King Jr. Ave, SE )<br>     Washington, DC 20528-0485 )<br> )<br>PAM BONDI, Attorney General, Office of )<br>Attorney General U.S. Department of Justice; )<br>   950 Pennsylvania Avenue, NW )<br>     Washington, DC 20530-0001 )<br> )<br>         Defendant(s). )<br>_____ | Civil Action No. 1:25-cv-2306 |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF**
**MANDAMUS AND VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT**

Sadaf F. Ahmed, Attorney for Plaintiff, JEELANI LAW FIRM, PLC, 3701 W. Algonquin Road, Suite 630, Rolling Meadows, IL 60008, Ph: (312) 767-9030, Facsimile: (312) 767-9030, Email: sadaf@jeelani-law.com.

**INTRODUCTION**

COMES NOW F. N. RUKUMBUZI (hereinafter "Plaintiff RUKUMBUZI" or "Plaintiff") the Plaintiff, by and through the undersigned attorney in the above cause and states as follows:

1. This action is brought because of Defendants' failure to adjudicate Plaintiff RUKUMBUZI's Form I-589, Application for Asylum and Withholding of Removal, (hereinafter "Asylum Application" or "Application") within the statutory period of 180 days pursuant to 8 U.S.C. §1158(d)(5)(A)(iii). As Plaintiff's Application has been pending for a total of over eight years and nine months (over 105 months or 3212 days) since the date of filing; Defendants have taken almost 18 times the maximum statutory period they are given to adjudicate asylum applications.

2. Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq. As such, this action is brought to compel Defendants and those acting under them to take action on the Application, which has been pending for a total period of over eight years and eleven months (over 107 months or 3256 days) with the United States Citizenship and Immigration Services.

3. Since Plaintiff completed his required biometrics appointment, no further requests for information or evidence have been made by the United States Citizenship and Immigration Service ("USCIS").

4. Defendants cannot reasonably continue to use COVID-19 as a defense to their failure to adjudicate the Application as most, if not all, USCIS Asylum offices are fully operational at this time and conducting in person interactions; as such, COVID-19 related issues do not prohibit an officer's ability to complete the adjudication of Plaintiff RUKUMBUZI's Form I-589 Application.

## PARTIES

5. Plaintiff F. N. RUKUMBUZI is a citizen of the Democratic Republic of Congo and for purposes of the instant action he is a resident of Cumberland County, Maine. He is the applicant of a properly filed Form I-589, Application for Asylum and Withholding of Removal (Receipt Number: ZAR1600088070) which was filed on August 18, 2016, with the United States Citizenship and Immigration Service.

6. Defendant KRISTI NOEM is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"). This action is filed against her in her official capacity. Defendant NOEM is responsible for the enforcement of the INA and for the delegation of adjudicatory and discretionary authority to other employees of the DHS and USCIS pursuant to 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

7. Defendant ANGELICA ALFONSO-ROYALS is the Director of USCIS; she is an official generally charged with supervisory authority over all operations of USCIS under 8 C.F.R. § 103.1. This action is filed against her in her official capacity.

8. Defendant TED H. KIM is the Associate Director of Refugee, Asylum, and International Operations Directorate (RAIO); he is an official generally charged with supervisory authority over all operations of USCIS Asylum Offices. This action is filed against him in his official capacity.

9. Defendant PAM BONDI is the Attorney General of the United States; she is an official generally charged with supervisory authority over all operations of the Department of Justice (hereinafter "DOJ") under 28 C.F.R. § 0.5. This action is filed against her in her official capacity.

## JURISDICTION AND VENUE

10. This Court has jurisdiction to hear this complaint, and the claims stated herein by virtue of 28 U.S.C. §§ 1331, § 1361 and §2201 because this is a federal mandamus action brought to compel Defendants to perform their statutory duties owed to the Plaintiff. This Court has additional jurisdiction by virtue of the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.*, because Plaintiff is seeking judicial review of inaction by one or more of the Defendants.

11. Venue is proper in the District Court for the District of Columbia pursuant to 28 U.S.C. §1391(e) in that this is the district in which one of the Defendants resides.

## EXHAUSTION OF REMEDIES

12. The Plaintiff has repeatedly requested the Defendants to take action on his Application.

13. The Plaintiff has exhausted his administrative remedies. Plaintiff has supplied USCIS with all documents and information that establish his eligibility for the benefit sought.

14. There are no further administrative remedies available for Plaintiff to utilize.

## GENERAL ALLEGATIONS

15.  Plaintiff is a citizen of Democratic Republic of Congo who properly filed his Form I-589 Application for Asylum and Withholding of Removal with USCIS on August 18, 2016. (Receipt Number: ZAR1600088070). **[Exhibit A].**

16. On January 11, 2017, Plaintiff appeared for and completed his scheduled biometrics at the designated USCIS Application Support Center. **[Exhibit B].**

17. Since 2016, following the filing of the Application, and subsequent biometrics appointment in 2017, Plaintiff has made numerous inquiries with USCIS regarding the adjudication of his Application.

18. As of this date, USCIS has not provided any indication as to when Plaintiff RUKUMBUZI's Form I-589 Application will be adjudicated.

19. As of the date of this filing, Plaintiff's Application remains unadjudicated for a total period of over eight years and eleven months (over 107 months or 3256 days) since the date of filing and for over eight years and six months (over 102 months or 3110 days) since the completion of his biometrics appointment. Plaintiff RUKUMBUZI has yet to be scheduled for his required asylum interview.

20. Defendants have conducted the initial investigation and have sufficient information and documentation about Plaintiff to complete the adjudication of his Application.

21. Defendant's delay and inaction is causing irreparable harm to Plaintiff as he is unable to commence his life in the U.S. without living in fear of being forced to return to the Democratic Republic of Congo, where he will certainly be persecuted, tortured, and/or killed.

22. As a result of Defendant's inaction, Plaintiff has incurred enormous costs and significant attorney's fees. Also, because of the Defendant's inaction, Plaintiff has been deprived of the requested immigration relief as an asylee, for which he is eligible.

## COUNT I

### VIOLATION OF THE APA

23. All prior paragraphs are re-alleged as if fully stated herein.

24. Plaintiff has a statutory right to apply for asylum and to be considered for relief under the same pursuant to 8 U.S.C. § 1158(a).

25. Defendants have a statutory duty to adjudicate asylum applications within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).

26. The duty owed to Plaintiff is ministerial and so plainly prescribed as to be clear and free from doubt.

27. No other adequate remedy is available to Plaintiff.

28. Defendants have failed in their statutory duty to adjudicate the Application within 180 days.

29. As Plaintiff's Application has been pending for a total period of over eight years and eleven months (over 107 months or 3256 days) since the date of filing; Defendants have taken almost 18 times the maximum statutory period they are given to adjudicate asylum applications.

30. Defendants' delay in this case is, as a matter of law, arbitrary, capricious, or otherwise not in accordance with the law and in violation of Plaintiff's due process rights. Defendants have willingly and unreasonably delayed and have refused to take action on Plaintiff RUKUMBUZI's Application.

31. Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 et seq., as they are unlawfully withholding action on the Plaintiff's Application for over a total period of eight years and eleven months (over 107 months or 3256 days) and have failed to carry out the adjudicative functions that are delegated to them by law with regard to Plaintiff's case.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays:

1. That Defendants be cited to appear herein and that, upon due consideration, the Court enter an order mandating a time certain to adjudicate Plaintiff RUKUMBUZI's Form I-589 Application;

2. In the alternative, that the Court compel Defendants, and those acting under them, to perform their duty to adjudicate Plaintiff RUKUMBUZI's Application immediately.

3. Finally, that the Court award reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504, and such other and future relief as this Court deems proper.

Date:  July 17, 2025                                      Respectfully submitted,

   /s/ Sadaf F. Ahmed
**Sadaf F. Ahmed, Esq.  (IN0013)**
**JEELANI LAW FIRM, PLC**
**3701 W. Algonquin Road, Suite 630**
**Rolling Meadows, IL 60008**
**sadaf@jeelani-law.com**
**Phone:(312) 767-9030**
**Fax:(312) 549-9981**
*Counsel for Plaintiff*